**Jessie Benjamin KINDLEY,
Sr., Plaintiff–Appellant,**

v.

**Ron ANGLEONE, Executive Director,
Department of Corrections; F.W.
Green, Senior Warden; Quinnon L.
Daniels, # 293619–Inmate; Gerst,
Counselor Senior; J. Moore, Opera-
tions Officer; R.E. Mathena, Assis-
tant Warden of Operations; R.L.
Early, Chief of Security, Defendants–
Appellees.**

No. 02–6126.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2002.

Decided May 23, 2002.

Jessie Benjamin Kindley, Sr., Appellant
Pro Se.

Before NIEMEYER, MICHAEL, and
MOTZ, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Jessie Benjamin Kindley, Sr., appeals
the district court's order denying his mo-
tion to refile his 42 U.S.C.A. § 1983 (West
Supp.2001) complaint. We have reviewed
the record and the district court's opinion
and find no reversible error. Accordingly,
we affirm on the reasoning of the district
court. *See Kindley v. Angelone,* No. CA–
01–749–2 (E.D. Va. filed Dec. 17, 2001;

entered Dec. 18, 2001). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*